1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JS-6**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DAVID VINH DINH,

                Petitioner,

     vs.

ELVIN VALENZUELA,
Warden,

                Respondent.

Case No. SACV 14-01993-BRO (KES)

**JUDGMENT**

      Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

      IT IS HEREBY ADJUDGED that the Petition is denied and entire action is dismissed with prejudice.

DATED: <u>March 15, 2016</u>

                  _____

                  BEVERLY REID O'CONNELL
                  UNITED STATES DISTRICT JUDGE